R. Boach & Co., Demandante y Apelante, *v.* Armstrong & Co., Demandada y Apelada.

Apelación procedente de la Corte de Distrito de Ponce en pleito sobre daños y perjuicios (memorándum de costas). Moción para que se desestime la apelación.

No. 3194.—Resuelto en enero 24, 1924.

Apelación—Desestimación de Apelación—Término para Radicar la Transcripción.—En este caso el apelante radicó el legajo de la sentencia antes del vencimiento de la última prórroga concedida por la corte inferior al taquígrafo para preparar la transcripción de la evidencia, pero después de transcurridos treinta días contados a partir de la fecha en que fué radicado el escrito de apelación. *Se resolvió:* que bajo tales circunstancias la apelación debe ser desestimada.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. Martínez Nadal, Tormes & Colón.*

Abogado de la apelada: *Sr. V. Zayas Pizarro.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

La resolución de la corte inferior dictada en este pleito con motivo de un memorándum de costas fué apelada por la parte demandante el día primero de junio de 1923. La apelante optó porque la transcripción de la evidencia fuera preparada por el taquígrafo de la corte y con tal motivo obtuvo varias prórrogas, la ultima de las cuales vencía el

26 de noviembre de 1923. Antes de esta fecha, el 22 de noviembre, la apelante presentó en la secretaría de este Tribunal Supremo la transcripción de su apelación certificada por el secretario de la corte, conteniendo alegaciones y resoluciones, sin la evidencia que se presentára en el caso. El 26 de noviembre venció la última prórroga que se había concedido a la apelante sin que presentara en la corte inferior la transcripción de la evidencia.

Se nos ha pedido por la parte apelada que desestimemos la apelación y debemos decretarla porque no conteniendo la transcripción que se nos ha presentado pliego alguno de exposición del caso o de excepciones ni la transcripción de la evidencia hecha por el taquígrafo, la apelación debió ser presentada en este tribunal dentro de los treinta días siguientes al primero de junio de 1923 en cuya fecha fué interpuesta la apelación.

La apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.